# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CAROL BLOT | § | |
| | § | |
| V. | § | CASE NO. 4:09cv357 |
| | § | (Judge Schneider/Judge Mazzant) |
| EMC MORTGAGE CORPORATION, | § | |
| INC., ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 1, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's case should be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that this case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b)

**IT IS SO ORDERED.**

**SIGNED this 25th day of February, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE